UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EDWARD WILLIAMS,<br><br>            Petitioner,<br><br>vs.<br><br>WARDEN, D. DEXTER, ET AL.,<br><br>           Respondents. | Case No. CV 08-2828-DDP(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objection, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the habeas corpus petition and action as untimely.

//

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on the petitioner.

5 DATED:    August 19, 2009

                                 DEAN D. PREGERSON
                         UNITED STATES DISTRICT JUDGE

R&R\08-2828.ado
1/6/09

2