UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EDWARD WILLIAMS, | ) Case No. CV 08-2828-DDP(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| WARDEN, D. DEXTER, ET AL., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: August 19, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&R\08-2828.JUD
1/6/09